HENRY J. MAZZOLA ET AL. *v.* GEORGE J. CONKLING,
COMMISSIONER OF TRANSPORTATION

The plaintiffs' motion to dismiss the appeal from the Superior Court in Windham County is granted unless the defendant on or before December 28, 1976, files his assignment of errors.

*Jackson T. King, Jr.,* for the appellees (plaintiffs).

*Victor Feingold,* assistant attorney general, for the appellant (defendant).

Argued December 7—decided December 7, 1976

LEISURE ACTIVITIES, INC. *v.* ZONING BOARD OF APPEALS
OF THE TOWN OF ROCKY HILL

The defendant's motion to set aside the ruling of the trial court and to direct a judgment dismissing the action of that court in the appeal from the Court of Common Pleas in Hartford County is granted unless the plaintiff on or before January 10, 1977, files its brief.

*Louis B. Blumenfeld,* for the appellant (defendant).

*Peter J. Zaccagnino, Jr.,* for the appellee (plaintiff).